# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1220

_____

| | | |
|---|---|---|
| David Q. Webb, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Bradley R. Ham, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Pennington County Board of | * | District Court for the |
| Commissioners; Donald Holloway; | * | District of South Dakota. |
| Scott Schuft, Supervisor, Jail | * | |
| Correctional Officer Staff; R. Andersen, | * | [UNPUBLISHED] |
| Captain, Supervisor Jail Correctional | * | |
| Officer Staff; B. Ayteo, Sergeant, | * | |
| Second Line Supervisor; P. Severson, | * | |
| Sergeant, Second Line Supervisor; Joe | * | |
| McDonald, Immediate Line Supervisor; | * | |
| John Matagi, Former Correctional | * | |
| Officer; Mr. Berwick, Former | * | |
| Correctional Officer; Thomas William | * | |
| Donovan, Former Correctional Officer; | * | |
| Sid Michaels, Correctional Officer; | * | |
| Bobbie Johnson, Correctional Officer; | * | |
| Marc Lewis, Former Correctional | * | |
| Officer; C. Morgan, Sergeant, Second | * | |
| Line Supervisor; Daniel Gilson, | * | |
| Correctional Officer; Della Folsom, | * | |
| Former Nurse; Trent Fliginger, | * | |
| Programs/Correctional Officer; Sheryl | * | |

Jackson, Head Nurse,                       *
                                           *
        Appellees.                         *
                         _____

                    Submitted:  March 4, 2004

                      Filed:  March 9, 2004
                         _____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.
                         _____

PER CURIAM.


        David Webb appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 suit with prejudice under Federal Rule of Civil Procedure 41(b).  The district court found, after a hearing, that Webb deliberately failed to comply with an order directing him to pay a monetary sanction for failing to appear at a deposition.  Although as a general proposition, we are concerned about a district court's use of such a severe sanction in a case of this sort, we find that under the facts of the case the court did not abuse its discretion.  See Rodgers v. Curators of Univ. of Mo., 135 F.3d 1216, 1219 (8th Cir. 1998) (standard of review).  Accordingly, we affirm.

                    _____

        [1]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable Marshall P. Young, United States Magistrate Judge for the District of South Dakota.